To be disclosed (01-17034, 1148CR00 1726, 1:18-CV-01420
4:18-CV 40086
1:18 CV 02674-CM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case    Ayer Dist Court Missing 60 Pages Approx

# UNITED STATES DISTRICT COURT
for the
District of Columbia

*Seeking A Emergency Preliminary Injuction (Anti stalking)

Jeffrey Scott Wheeler Pro SE
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jane Doe and John Doe
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case: 1:25-cv-00658
Assigned To : Chutkan, Tanya S.
Assign. Date : 3/6/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial:  (check one)    ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jeffrey Scott Wheeler
   Street Address: *Homeless due to Jane and John Doe
   City and County: None
   State and Zip Code: NON Applicable
   Telephone Number: 351-237-2247
   E-mail Address: Jeffrey.Wheeler620@Gmail.com

   RECEIVED MAR - 6 2025 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

   B.  The Defendant(s)  * Do Not Mail anything to any psysical address

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

The defendants Jane + John doe are employee's of a MA State Safety agency or ~~this~~ division.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

(criminal stalking)

Defendant No. 1
  Name: Jane Doe
  Job or Title (if known): Employee
  Street Address: 1000 Whaslington St., Suite 710
  City and County: Boston
  State and Zip Code: MA 02118
  Telephone Number: 617-727-3200, /617 727 7775,
  E-mail Address (if known): cops info@state.ma.us, or 1 Ashburton place suite 2133

(criminal stalking)

Defendant No. 2
  Name: John Doe
  Job or Title (if known): Employee
  Street Address: 1000 Washington St., Suite 710
  City and County: Boston
  State and Zip Code: MA, 02118
  Telephone Number: 617-727-3200, /617 727 7775,
  E-mail Address (if known): cops info a state, MA, US, or 1 Ashburton place suite 2133

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case   *you must call my phone.*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question **S**     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.   *yes safe sound venue*

*Laws on venues*

A. If the Basis for Jurisdiction Is a Federal Question
   *MA Public Safeties John + Jane DOE Used Electronic Sight Statewide*
   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  *211 Violates My Constitutional rights to a fair trial*
   1. *Title 18 Chapter ___ 18 USC 3231, 18 USC 3232, 18 USC 3235*
   *Can be Demonstrated. Jane + John Doe have created many hostile venues (Human Experimentation)*

   *✶ (United states Constitution reaffirmation.)*   *Attorny Client Privilege*
                                                       *be Constitutionally affirmed*

B. If the Basis for Jurisdiction Is Diversity of Citizenship

   1. The Plaintiff(s)

      a. If the plaintiff is an individual  *yes*
         The plaintiff, *(name)* ___Jeffrey Scott Wheeler___, is a citizen of the State of *(name)* ___(N/A)___.

      b. If the plaintiff is a corporation
         The plaintiff, *(name)* ___NO___, is incorporated under the laws of the State of *(name)* ___N/A___
         and has its principal place of business in the State of *(name)*
         ___(N/A) NO longer a MA resident.___

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2. The Defendant(s)

      a. If the defendant is an individual
         The defendant, *(name)* ___Jane Doe, Josh Doe___ is a citizen of the State of *(name)* ___MA___. Or is a citizen of *(foreign nation)*
         *(yes Individuals)*

*✶ (Currently NO SAFE VENUE) JW*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(Seeking ? Preliminary Anti Stalking Injunct Clerks state this is how I do that.?)*

b. If the defendant is a corporation

The defendant, (name) __NO__, is incorporated under the laws of the State of (name) __MA state Employee__, and has its principal place of business in the State of (name) _____

Or is incorporated under the laws of (foreign nation) __NO__,

and has its principal place of business in (name) __NO__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

(1 $ US dollar to 50 Billion US dollars) to be determined *

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Bill of Rights violations*

1. Violations of 1,4,5,6,7,9,13,14, Constitutional Amendments
2. attorny client privelges of 1-15 attorics all
3. Houses, land, liberty, pursuit of happiness in states from NC to MA,
4. Thousands of feddal laws violated. I wish to prove being drugged w intent
5. Court fees violate the US Constitution, and severly hinder Due Process and justice
* Please Provide a comprehensive Response. *

### IV. Relief   (Slander)(Bias)(Discrimination)(Clerk failures)

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Both temporary + future perminet Injuctions releting to
1. unlawful phone contact usages all future phones
2. unlawful car taps
3. unlawful Home Invasions + taps
4. Removel or 1 or possibley 2 Cochlear ear Implants per John + Jane Doe self admittal.

Implants 15 yrs
Stalking 20yrs possibly up to 38 yrs TBD Black buget employees
(for Consideration) 5th + 14 Amendments failures for 13yrs

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 6, 2025

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Jeffrey Scott Wheeler

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address